1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ADRIAN FRANK ANDRADE,                    No.  2:09-cv-02270 KJM AC P

12                  Petitioner,

13        v.                                  ORDER

14   MATTHEW CATE,

15                  Respondent.

16

17        Petitioner has requested the appointment of counsel.  There currently exists no absolute

18   right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460

19   (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage

20   of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.

21   In the present case, the court does not find that the interests of justice would be served by the

22   appointment of counsel at the present time.

23        Petitioner has also requested an extension of time to file and serve a supplemental traverse

24   pursuant to the June 30, 2014 order.  The court finds good cause to grant the extension.

25        IT IS HEREBY ORDERED that:

26        1.  Petitioner's July 16, 2014 request for appointment of counsel (ECF No. 41) is denied

27   without prejudice.

28        2.  Petitioner's motion for an extension of time (ECF No. 42) is granted; and

1

1      3. Petitioner shall file and serve a supplemental traverse by no later than September 15,

2  2014.

3  DATED: August 4, 2014

4  _____

ALLISON CLAIRE

5  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28